No. 10-7309. Andrew Daniels, Petitioner v. United States.

562 U.S. 1095, 131 S. Ct. 806, 178 L. Ed. 2d 538, 2010 U.S. LEXIS 9561.

December 6, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 2 A.3d 250.